UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL MORROW,<br><br>　　　　Defendant.<br>_____ | 2:13-cr-233-JAD-CWH<br><br>ORDER |

　　　　On September 6, 2013, the Court granted Stephen Stubbs, Esq.'s "Motion to Withdraw from Case" (#16) and ordered new counsel appointed (#18).  Therefore;

　　　　IT IS HEREBY ORDERED that Michael P. Kimbrell, Esq. is appointed as counsel for Daniel Morrow in place of Steven Stubbs, Esq. for all future proceedings.

　　　　IT IS FURTHER ORDERED that Mr. Stubbs shall forward the file to Mr. Kimbrell forthwith.

　　　　DATED  this <u>10th</u>  day of September, 2013.

　　　　Nunc Pro Tunc Date: September 9, 2013.

_____
CARL W. HOFFMAN
United States Magistrate Judge